UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CAUSE OF ACTION | ) | |
| | ) | |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | Civil Action No.:1:12cv379 (ESH) |
| | ) | |
| JEFFERY D. ZIENTS, as Acting Director of the Office of Management and Budget, and U.S. OFFICE OF MANAGEMENT AND BUDGET | ) | |
| | ) | |
| *Defendants.* | ) | |

## ANSWER TO FOIA COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

Defendants Jeffrey D. Zients, in his official capacity as Acting Director of the Office of Management and Budget, and the U.S. Office of Management and Budget ("OMB") (collectively "Defendants"), hereby answer Plaintiff's FOIA Complaint for Declaratory and Injunctive Relief in the following numbered paragraphs, which correspond to the Complaint's numbered paragraphs. To the extent a response may be required and Defendants do not otherwise respond to specific allegations in the numbered paragraphs below, Defendants deny.

### JURISDICTION AND VENUE

1-4. These paragraphs set forth conclusions of law to which no response is required.

### PARTIES

5. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

6. Defendants admit that Jeffrey D. Zients is the Acting Director of OMB and that he

has been sued in his official capacity, but deny that he is a proper defendant in this action under FOIA.

7. Defendants admit the allegations contained in this paragraph regarding the nature of OMB but respectfully refer the Court to OMB's website, <www.whitehouse.gov/omb/organization_mission>, for a full summary of OMB's mission and responsibilities. The sentence, "OMB is an agency of the United States as defined by 5 U.S.C. § 552(f)(1), and is charge with the duty to provide public access to documents in its possession consistent with the requirements of FOIA," sets forth conclusions of law to which no response is required. With respect to the sentence, "OMB has possession, custody, and control of records to which Plaintiff seeks access," Defendants are presently without knowledge or information sufficient to form a belief as to the truth of this allegation.

## STATEMENT OF FACTS

8. The allegations contained in these paragraphs do not set forth a claim for relief or aver facts in support of a claim to which an answer is required. Defendants respectfully refer the Court to Executive Order No. 13457 (Exhibit A) for a full and accurate statement of its contents.

9. This paragraph contains Plaintiff's characterization of an issue as a "matter of public concern," to which no response is required.

10. Defendants admit that they received a FOIA request from Plaintiff that is the subject of this litigation. Defendants respectfully refer the Court to that request, attached to the Complaint as Exhibit 1, for a full and accurate statement of its contents.

11. This paragraph contains Plaintiff's characterization of a provision of FOIA, to which no response is required.

12-13.   Defendants admit that OMB issued a letter to Plaintiff dated September 13, 2011 in response to Plaintiff's FOIA request.    Defendants respectfully refer the Court to the acknowledgment and extension letters, attached to the Complaint as Exhibit 2 and 3, respectively, for a full and accurate statement of its contents.

14.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegation in this paragraph.

15.   Admit.

16-19.   These paragraphs set forth legal conclusions, to which no response is required.

20.   This paragraph constitutes a prayer for relief, to which no response is required.

### CAUSE OF ACTION

<u>Count I: Violation of the Freedom of Information Act</u>

21.   This paragraph repeats the allegations contained in paragraphs 1-20 of the Complaint.   To the extent a response is required, Defendants repeat and reincorporate their responses in the corresponding numbered paragraphs above.

22.   This paragraph sets forth a legal conclusion, to which no response is required.

23.   This paragraph sets forth a legal conclusion, to which no response is required.

<u>Count II: Violation of the Administrative Procedure Act</u>

24.   This paragraph repeats the allegations contained in paragraphs 1-20 of the Complaint.   To the extent a response is required, Defendants repeat and reincorporate their responses in the corresponding numbered paragraphs above.

25.   This paragraph sets forth a legal conclusion, to which no response is required.   The remaining allegations in the Complaint constitute a prayer for relief, to which no response is required.   To the extent any response is required, Defendants deny the allegations.

Defendants further deny that plaintiffs are entitled to any relief demanded in the Complaint, or any relief whatsoever.  Defendants deny all allegations contained in the Complaint that they have not expressly admitted.

## DEFENSES

1. Plaintiff's Complaint fails to state a claim upon which relief can be granted.

2. Plaintiff's Complaint fails to state a claim upon which relief can be granted against Jeffrey D. Zients because he is an improper defendant in this action under FOIA.

3. Defendants' inability to timely complete the processing of Plaintiff's FOIA request was due to exceptional circumstances notwithstanding Defendants' exercise of due diligence in responding to the request. 5 U.S.C. § 552(a)(6)(C)(i)-(iii).

4. This Court lacks subject matter jurisdiction to grant relief to Plaintiff because Plaintiff has failed to exhaust its administrative remedies.

5. This Court lacks subject matter jurisdiction to grant relief to Plaintiff because no records have been improperly withheld.

Dated: May 7, 2012

Respectfully submitted,

STUART F. DELERY
Acting Assistant Attorney General
JOHN R. TYLER
Assistant Branch Director, Federal Programs Branch

*C. Lee Reeves*
C. Lee Reeves
Trial Attorney
United States Department of Justice

                    Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W., Rm. 7308
Washington, D.C. 20530
T: (202) 514-4805
F: (202) 616-8470
Email: lee.reeves@usdoj.gov